**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

FILED
JUN 18 2018
U.S. COURT OF
FEDERAL CLAIMS

|  |  |
|---|---|
| FMS Investment Corp., ) | |
| ) | |
| Plaintiff, ) | Case No. XX-XXX |
| ) | |
| v. ) | Judge: 18-862 C |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF DIRECTLY RELATED CASES**

Pursuant to RCFC 40.2 and this Court's May 29, 2018 Opinion in the below-captioned case, Plaintiff FMS Investment Corp. ("FMS") states that the following cases previously pending before this Court are directly related to the instant action:

- *FMS Investment Corp. v. United States*, Nos. 18-204 / 206 / 207 / 208 / 211 / 214 / 216 / 220 / 229 / 238 / 239 / 245 / 246 / 248 / 251 / 252 / 261 / 275 / 328 / 498 (consolidated)

Each of these consolidated cases was a bid protest arising out of the U.S. Department of Education's ("ED") award of contracts under Solicitation No. ED-FSA-16-R-0009, which was taken after corrective action. These protests were dismissed as moot upon ED's decision to cancel the Solicitation. This action by FMS challenges ED's arbitrary decision to cancel the Solicitation. Therefore, FMS's protest and the ones identified above are based on the same or similar claims. Each of the above cases was assigned to Judge Wheeler. FMS believes assigning the instant action to Judge Wheeler will conserve judicial resources and promote the efficient administration of justice.

FMS also understands that multiple additional parties will be filing bid protests challenging ED's decision to cancel the solicitation in the near future.

        Respectfully submitted,

        s/ David R. Johnson
        David R. Johnson
        VINSON & ELKINS LLP
        2200 Pennsylvania Ave. NW
        Suite 500 W
        Washington, DC 20037
        Tel: (202) 639-6500
        Fax: (202) 879-8980
        Email: drjohnson@velaw.com

Dated: June 18, 2018        *Attorney of Record for FMS Investment Corp.*