# In the United States Court of Federal Claims

Nos. 18-862C, 18-872C, 18-873C
(consolidated)

(Filed: June 20, 2018)

```
*******************************    *
                                   *
FMS INVESTMENT CORP., et al.,      *
                                   *
                   Plaintiffs,     *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
                   Defendant.      *
                                   *
*******************************    *
```

## CONSOLIDATION AND SCHEDULING ORDER

     Between June 18, 2018 and June 19, 2018, the following related bid protests were filed in this court:  FMS Investment Corp. v. United States, No. 18-862C; Account Control Technology, Inc. v. United States, No. 18-872C; and GC Services Limited Partnership v. United States, No. 18-873C.  The Court finds that the factual and legal commonalities in these cases justify their consolidation under RCFC 42.  All future filings shall be made in the lead case of FMS Investment Corp. v. United States, No. 18-862C.

     Further, the Court will hold a scheduling conference and TRO/PI hearing in the above-captioned consolidated bid protest on Tuesday, June 26, 2018, at 10:00 AM EDT in the National Courts Building, 717 Madison Pl. N.W., Washington, D.C.

     The scheduling conference and TRO/PI hearing will be unsealed and open to the public.  The Court has also decided that dial-ins will not be permitted.  Any interested party who is unable to attend in person may obtain a transcript of the proceeding.  If any lead attorney for a named party is unable to attend, the Court encourages them to send a representative on their behalf but will not penalize them for their absence.

     IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge
