IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FMS INVESTMENT CORP.,           )
                                )
                                )
                                )
            Plaintiff,           )
                                )
        v.                       )      No. 18-862 C
                                )      Judge T. Wheeler
THE UNITED STATES,              )
                                )
            Defendant.           )

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of _____David R. Pehlke_____, as attorney of record

for the United States.  Service of all papers by opposing parties should be addressed as follows:

David R. Pehlke
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044

s/David R. Pehlke
DAVID R. PEHLKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0252
Facsimile:  (202) 514-8624

Email:  David.R.Pehlke@usdoj.gov

Dated: JUNE 22, 2018