# In the United States Court of Federal Claims

Nos. 18-862C, 18-872C, 18-873C, 18-889C, 18-894C, 18-895C, 18-901C
(consolidated)

(Filed: June 25, 2018)

```
*****************************************  *
                                           *
FMS INVESTMENT CORP., et al.,              *
                                           *
                Plaintiffs,                *
                                           *
v.                                         *
                                           *
THE UNITED STATES,                         *
                                           *
                Defendant.                 *
                                           *
*****************************************  *
```

## SECOND AMENDMENT TO CONSOLIDATION ORDER

On June 20, 2018, the Court entered an order consolidating the related cases of FMS Investment Corp. v. United States, No. 18-862C, Account Control Technology, Inc. v. United States, No. 18-872C, and GC Services Limited Partnership v. United States, No. 18-873C.

On June 22, 2018, the Court entered an order consolidating the related cases of Pioneer Credit Recovery, Inc. v. United States, No. 18-889C, Automated Collection Services, Inc. v. United States, No. 18-894C, and Windham Professionals, Inc. v. United States, No. 18-895C, with the FMS Investment Corp. case.

On June 22, 2018, Continental Service Group, Inc. filed a Complaint in a related case, Continental Service Group, Inc. v. United States, No. 18-901C.  The newly filed Continental case has factual and legal commonalities to the FMS Investment Corp. case and concerns the same solicitation.

Accordingly, Continental Service Group, Inc. v. United States, No. 18-901C is hereby consolidated under the lead case, FMS Investment Corp v. United States, No. 18-862C.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge
