# In the United States Court of Federal Claims

Nos. 18-862C, 18-872C, 18-873C, 18-889C, 18-894C, 18-895C, 18-901C
(consolidated)

(Filed: June 26, 2018)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

FMS INVESTMENT CORP., *et al.*,

          Plaintiffs,

v.

THE UNITED STATES,

          Defendant,

and

ALLTRAN EDUCATION, INC.,

          Defendant-Intervenor.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

## ORDER

On June 26, 2018, the Court held an initial scheduling conference and a TRO/PI hearing in the above-captioned consolidated bid protests. During the conference, the Court considered Plaintiffs' motions for protective orders in this case, as well as Alltran Education, Inc.'s ("Alltran") motion to intervene as defendant. For the reasons stated in open court, Plaintiffs' motions for protective orders are GRANTED, and the standard form protective order (RCFC Appendix of Forms, Form 8) is hereby adopted. Additionally, Alltran's motion to intervene is GRANTED, and Alltran Education, Inc. shall be listed as a defendant-intervenor in this case.

The Court also considered the following Plaintiffs' motions for TROs/PIs: FMS Investment Corp., Account Control Technology, Inc., GC Services Limited Partnership, Windham Professionals, Inc., and Continental Service Group, Inc. ("Moving Plaintiffs").

For the reasons stated in open court, the Moving Plaintiffs' motions for TROs/PIs are DENIED.

Additionally, as discussed with counsel for the parties, the Court hereby adopts the following briefing schedule:

1. Defendant shall file the certified administrative record on or before Friday, June 29, 2018, providing a courtesy hard copy to the Court. The Government may file an electronic version of the administrative record using a CD.

2. Plaintiffs shall file their motions for judgment on the administrative record on or before Friday, July 13, 2018.

3. Defendant shall file its responses to Plaintiffs' motions for judgment on the administrative record and its cross-motion for judgment on the administrative record on or before Friday, July 27, 2018.

4. Plaintiffs may file replies in support of their motions for judgment on the administrative record and responses to the Defendant's cross-motion on or before Friday, August 3, 2018.

5. Defendant may file a reply in support of its cross-motion for judgment on the administrative record on or before Friday, August 10, 2018.

All current and prospective Defendant-Intervenors shall follow the Defendant's briefing schedule. Oral argument, if necessary, will be scheduled at a later time.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge