# In the United States Court of Federal Claims

Nos. 18-862C, 18-872C, 18-873C, 18-889C, 18-894C, 18-895C, 18-901C, 18-946C
(consolidated)

(Filed: July 2, 2018)

```
*******************************************  *
                                              *
FMS INVESTMENT CORP., et al.,                 *
                                              *
                    Plaintiffs,               *
                                              *
v.                                            *
                                              *
THE UNITED STATES,                            *
                                              *
                    Defendant,                *
                                              *
and                                           *
                                              *
ALLTRAN EDUCATION, INC.                       *
                                              *
                    Defendant Intervenor.     *
                                              *
*******************************************  *
```

### THIRD AMENDMENT TO CONSOLIDATION ORDER

On June 20, 2018, the Court entered an order consolidating the related cases of FMS Investment Corp. v. United States, No. 18-862C, Account Control Technology, Inc. v. United States, No. 18-872C, and GC Services Limited Partnership v. United States, No. 18-873C.

On June 22, 2018, the Court entered an order consolidating the related cases of Pioneer Credit Recovery, Inc. v. United States, No. 18-889C, Automated Collection Services, Inc. v. United States, No. 18-894C, and Windham Professionals, Inc. v. United States, No. 18-895C, with the FMS Investment Corp. case.

On June 25, 2018, the Court entered an order consolidating the related case of Continental Service Group, Inc. v. United States, No. 18-901C, with the FMS Investment Corp. case.

On June 29, 2018, Progressive Financial Services, Inc. filed a Complaint in a related case, Progressive Financial Services, Inc. v. United States, No. 18-946C.  The newly filed Progressive

case has factual and legal commonalities to the FMS Investment Corp. case and concerns the same solicitation.

Accordingly Progressive Financial Services, Inc. v. United States, No. 18-946C is hereby consolidated under the lead case, FMS Investment Corp v. United States, No. 18-862C.  As a consolidated plaintiff, Progressive Financial Services, Inc. is subject to the briefing schedule set forth in the Court's June 26, 2018 Order.  See FMS Investment Corp v. United States, No. 18-862C, Dkt. No. 24.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge