IN THE UNITED STATES COURT OF FEDERAL CLAIMS
**BID PROTEST**

| | |
|---|---|
| FMS INVESTMENT CORP., *et al.*,   )<br>                                                          )<br>             Plaintiffs,                       )<br>                                                          )<br>       v.                                              )<br>                                                          )<br> THE UNITED STATES,                  )<br>                                                          )<br>             Defendant,                      )<br>                                                          )<br>       and                                           )<br>                                                          )<br> ALLTRAN EDUCATION, INC.,      )<br>                                                          )<br>             Intervenor-Defendant.    ) | Nos. 18-862C, 18-872C, 18-873C,<br>18-889C, 18, 894C, 18-895C,<br>19-901C, 18-946C<br><br>Judge Thomas C. Wheeler |

## NOTICE

As previously disclosed to the Court, the Department of Education (ED) planned to commence with the recall of all accounts not currently in repayment that are assigned to the five firms holding award term extension contracts (ATEs) set to expire in April 2019. That recall was scheduled to commence today, July 3, 2018. ED has notified the ATEs that the scheduled recall has been postponed. We will update the Court and the parties with further information as it becomes available.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

| | |
|---|---|
| OF COUNSEL: | s/ David R. Pehlke |
| | DAVID R. PEHLKE |
| JOSE OTERO | Trial Attorney |
| General Attorney | Department of Justice – Civil Division |
| Office of the General Counsel | P.O. Box 480 |
| U.S. Department of Education | Ben Franklin Station |
| | Washington, D.C. 20044 |
| SARA FALK | Telephone: (202) 307-0252 |
| General Attorney | Fax: (202) 353-0461 |
| Office of the General Counsel | david.r.pehlke@usdoj.gov |
| U.S. Department of Education | |
| | |
| July 3, 2018 | Attorneys for Defendant |