IN THE UNITED STATES COURT OF FEDERAL CLAIMS
**BID PROTEST**

| | |
|---|---|
| FMS INVESTMENT CORP., *et al.*, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | Nos. 18-862C, 18-872C, 18-873C, |
| v. ) | 18-889C, 18, 894C, 18-895C, |
| ) | 19-901C, 18-946C |
| THE UNITED STATES, ) | |
| ) | Judge Thomas C. Wheeler |
|     Defendant, ) | |
| ) | |
|    and ) | |
| ) | |
| ALLTRAN EDUCATION, INC., ) | |
| ) | |
|     Intervenor-Defendant. ) | |

**NOTICE**

On July 3, 2018, we notified the Court that the Department of Education (ED) had postponed its plan to recall accounts not currently in repayment that are assigned to the five firms holding award term extension contracts set to expire in April 2019. ED has lifted the postponement and the recall is scheduled to commence today, July 13, 2018.

                                          Respectfully submitted,

                                          CHAD A. READLER
                                          Acting Assistant Attorney General

                                          ROBERT E. KIRSCHMAN, JR.
                                          Director

                                          s/ Patricia M. McCarthy
                                          PATRICIA M. McCARTHY
                                          Assistant Director

OF COUNSEL:

JOSE OTERO
General Attorney
Office of the General Counsel
U.S. Department of Education

                                          s/ David R. Pehlke
                                          DAVID R. PEHLKE
                                          Trial Attorney
                                          Department of Justice – Civil Division
                                          P.O. Box 480

Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0252
Fax: (202) 353-0461
david.r.pehlke@usdoj.gov

SARA FALK
General Attorney
Office of the General Counsel
U.S. Department of Education

July 13, 2018

Attorneys for Defendant