# In the United States Court of Federal Claims

Nos. 18-862C, 18-872C, 18-873C, 18-889C, 18-894C, 18-895C, 18-901C, 18-946C
(consolidated)

(Filed: July 13, 2018)

| | |
|---|---|
| ************************************** * | |
| * | |
| FMS INVESTMENT CORP., *et al.*, * | |
| * | |
| Plaintiffs, * | |
| * | |
| v. * | |
| * | |
| THE UNITED STATES, * | |
| * | |
| Defendant, * | |
| * | |
| and * | |
| * | |
| ALLTRAN EDUCATION, INC., * | |
| * | |
| Defendant-Intervenor. * | |
| * | |
| ************************************** * | |

ORDER

    The Court will hold a telephonic hearing on Plaintiffs' emergency motion for a temporary restraining order (Dkt. No. 60) on Friday, July 13, 2018 at 3:00 PM EDT. Prior to this time, counsel for the parties will receive instructions on joining the conference call.

    IT IS SO ORDERED.

                                                          s/ Thomas C. Wheeler
                                                           THOMAS C. WHEELER
                                                           Judge