# In the United States Court of Federal Claims

Nos. 18-862C, 18-872C, 18-873C, 18-889C, 18-894C, 18-895C, 18-901C, 18-946C
(consolidated)

(Filed: July 13, 2018)

```
*****************************  *
                               *
FMS INVESTMENT CORP., et al.,  *
                               *
              Plaintiffs,      *
                               *
v.                             *
                               *
THE UNITED STATES,             *
                               *
              Defendant,       *
                               *
and                            *
                               *
ALLTRAN EDUCATION, INC.,       *
                               *
              Defendant-Intervenor. *
                               *
                               *
*****************************  *
```

<u>ORDER</u>

On July 13, 2018, the Court held a telephonic hearing on Plaintiffs' Emergency Motion for a Temporary Restraining Order (Dkt. No. 60) in this case. The Government has informed the Court that the Department of Education ("ED") has agreed to voluntarily stay its recall of the accounts at issue through Thursday, July 19, 2018.

As agreed to during the hearing, the parties are ordered to file briefs addressing the legal effect of the Senate Committee's language directing ED not to recall the accounts at issue in this case by 5:00 PM EDT on July 18, 2018. Further, the Court will hold oral argument on this issue on Thursday, July 19, 2018, at 10:00 AM EDT in the National Courts Building, 717 Madison Pl. N.W., Washington, D.C.

      Oral Argument will be unsealed and open to the public.  The Court has also decided that dial-ins will not be permitted.  Any interested party who is unable to attend in person may obtain a transcript of the proceeding.  If any lead attorney for a named party is unable to attend, the Court encourages them to send a representative on their behalf but will not penalize them for their absence.

      IT IS SO ORDERED.

<u>s/ Thomas C. Wheeler</u>  
THOMAS C. WHEELER  
Judge
