**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| FMS Investment Corp. *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case Nos. 18-862 *et al.* |
| | ) | |
| v. | ) | Judge Thomas C. Wheeler |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ALLTRAN EDUCATION, INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |
| | ) | |

## NOTICE

After the July 13, 2018 telephonic hearing on Plaintiffs' Joint Emergency Motion for a Temporary Restraining Order, Congressman Peter J. Roskam of the 6th District of Illinois notified Plaintiff, FMS Investment Corp. ("FMS"), that he would like to file a Declaration in the instant case regarding his interactions with the Federal Student Aid division of the Department of Education. Mr. Roskam's Declaration is attached here. FMS wanted to file this Notice as soon as possible so that the Government had the opportunity to consider the Declaration prior to making its July 18 filing.

Respectfully submitted,

/s/ David R. Johnson
David R. Johnson
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500
Facsimile: (202) 639-6604
Email: drjohnson@velaw.com

*Lead Attorney for Plaintiff*
*FMS Investment Corp.*

*Of counsel:*
Tyler E. Robinson
Ryan D. Stalnaker
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500
Facsimile: (202) 639-6604
Email: trobinson@velaw.com

*Attorneys for Plaintiff*
*FMS Investment Corp.*

Date:  July 18, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 18, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record in this matter who are registered with the Court's CM/ECF system.

/s/ David R. Johnson
David R. Johnson