# In the United States Court of Federal Claims

Nos. 18-862C, 18-872C, 18-873C, 18-889C, 18-894C, 18-895C, 18-901C, 18-946C
(consolidated)

(Filed: July 19, 2018)

```
*****************************   *
                                *
FMS INVESTMENT CORP., et al.,   *
                                *
                Plaintiffs,     *
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
                Defendant,      *
                                *
and                             *
                                *
ALLTRAN EDUCATION, INC.,        *
                                *
            Defendant-Intervenor. *
                                *
*****************************   *
```

ORDER

      On July 19, 2018, the Court held a TRO hearing in the above-captioned consolidated bid protests. During the hearing, the Court considered Plaintiffs FMS Investment Corp., Account Control Technology, Inc., GC Services Limited Partnership, Windham Professionals, Inc., and Continental Service Group, Inc.'s joint motion for an emergency TRO preventing the Department of Education from recalling certain accounts at issue in this case. See Dkt. No. 60. For the reasons stated in open court, Plaintiffs' joint motion for an emergency TRO is DENIED.

      Further, as agreed to by the parties during the hearing, Plaintiff Pioneer Credit Recovery, Inc.'s motion to supplement the Court record with the declaration of Director Jack E. Frazier, Jr. (Dkt. No. 63, Ex. 1) is GRANTED. Moreover, the Court will allow the

2

declarations of Representative Peter Roskam (Dkt. No. 73, Ex. 1) and Assistant Secretary Peter Oppenheim (Dkt. No. 75, Ex. 1) to be admitted into the Court record.

Lastly, as to Plaintiff Progressive Financial Services, Inc.'s ("Progressive") motion to supplement the Administrative Record (Dkt. No. 72), the Government is ordered to file with the Court a Notice indicating what information or documentation exists that would be responsive to Progressive's motion on or before Monday, July 30, 2018.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge