IN THE UNITED STATES COURT OF FEDERAL CLAIMS
**BID PROTEST**

| | | |
|---|---|---|
| FMS INVESTMENT CORP., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Nos. 18-862C, 18-872C, 18-873C, |
| v. | ) | 18-889C, 18, 894C, 18-895C, |
| | ) | 19-901C, 18-946C |
| THE UNITED STATES, | ) | |
| | ) | Judge Thomas C. Wheeler |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ALLTRAN EDUCATION, INC., | ) | |
| | ) | |
| Intervenor-Defendant. | ) | |

**NOTICE**

Pursuant to the Court's July 19, 2018 Order (ECF No. 77), defendant, the United States, is providing notice regarding the Department of Education's (ED) efforts to locate non-privileged materials responsive to Progressive Financial Service, Inc.'s (Progressive) request for "[c]ommunications and documents relating to the Agency's decision to recall and transfer Progressive's accounts after it decided to take corrective action." *See* ECF No. 72 at 13. Progressive's request is directed at the recall of its accounts after the expiration of its contract in 2017. As such, ED has to process and review certain archived data to respond to the request. ED is actively performing those tasks and it anticipates that any responsive, non-privileged documents should be available for production no later than August 3, 2018.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | CHAD A. READLER<br>Acting Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
|  | s/ Patricia M. McCarthy<br>PATRICIA M. McCARTHY<br>Assistant Director |
| OF COUNSEL: | s/ David R. Pehlke<br>DAVID R. PEHLKE<br>Trial Attorney |
| SARA FALK<br>General Attorney<br>Office of the General Counsel<br>U.S. Department of Education | Department of Justice – Civil Division<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 307-0252<br>Fax: (202) 353-0461<br>david.r.pehlke@usdoj.gov |
| July 27, 2018 | Attorneys for Defendant |