# In the United States Court of Federal Claims

Nos. 18-862C, 18-872C, 18-873C, 18-889C, 18-894C, 18-895C, 18-901C, 18-946C
(consolidated)

(Filed: August 1, 2018)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

| | |
|---|---|
| FMS INVESTMENT CORP., *et al.*, | \* |
| Plaintiffs, | \* |
| v. | \* |
| THE UNITED STATES, | \* |
| Defendant, | \* |
| and | \* |
| ALLTRAN EDUCATION, INC., | \* |
| Defendant-Intervenor. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

## SCHEDULING ORDER

The Court will hear oral argument on Plaintiffs' motions for judgment on the administrative record (Dkt. Nos. 64, 65, 66, 67, 68, 69, 70, and 71) and on Defendant's motion for judgment on the administrative record (Dkt. No. 81) on Thursday, August 30, 2018 at 10:00 AM EDT in the National Courts Building, 717 Madison Pl. N.W., Washington, D.C.

Oral Argument will be unsealed and open to the public. The Court has also decided that dial-ins will not be permitted. Any interested party who is unable to attend in person may obtain a transcript of the proceeding. If any lead attorney for a named party is unable

to attend, the Court encourages them to send a representative on their behalf but will not penalize them for their absence.

Lastly, all deadlines for the remaining briefing on the parties' motions as set by the Court's Scheduling Order dated June 26, 2018 (Dkt. No. 24), shall remain in effect.

IT IS SO ORDERED.

s/ Thomas C. Wheeler  
THOMAS C. WHEELER  
Judge