**PROTECTED INFORMATION TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| FMS INVESTMENT CORP., et al., ) | |
| ) | |
| Plaintiffs, ) | Nos.  18-862C, 18-872C, 18-873C, 18-894C, 18-895C, 18-901C, 18-946C (consolidated) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | Judge Thomas C. Wheeler |
| ) | |
| Defendant, ) | (UNDER SEAL) |
| ) | |
| and ) | |
| ) | |
| ALLTRAN EDUCATION, INC., ) | |
| ) | |
| Intervenor-Defendant. ) | |
| ) | |

**PLAINTIFF PROGRESSIVE'S UNOPPOSED MOTION**
**FOR LEAVE TO FILE A SUPPLEMENTAL REPLY BRIEF**

Plaintiff Progressive Financial Services, Inc. ("Progressive"), through undersigned counsel, hereby respectfully moves for leave to file a supplemental reply brief in light of new documents received in response to Progressive's motion to supplement the administrative record. The Government is unopposed to this motion, as long as it is given the opportunity to reply to Progressive's supplemental reply brief.  In support of its Motion, Progressive states as follows:

1. On July 13, 2018, Progressive filed its Motion and Memorandum in Support of its Motion to Supplement the Administrative Record, in order to obtain documents and communications that led to the Government's decision to take corrective action.  Dkt. No. 72. The requested documents and communications are material to Progressive's Reply in Support of its Motion for Judgment on the Administrative Record, which was due on Friday, August 3, 2018.

**PROTECTED INFORMATION TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**

2. On July 19, 2018, this Court ordered the Government to file a Notice indicating what information or documentation exists that would be responsive to Progressive's motion on or before Monday, July 30, 2018.  Dkt. No. 77.

3. On July 27, 2018, the Government filed a notice indicating it intended to produce responsive documents on or before August 3, 2018.  Dkt. No. 82.  On Thursday, August 2, 2018, the Government produced what it purports to be all information and documentation responsive to Progressive's Motion to Supplement pursuant to the Court's July 19 Order.

4. Because of the Friday, August 3, 2018 deadline for Progressive's Reply in Support of its Motion for Judgment on the Administrative Record, Progressive did not have an opportunity to review the responsive information and documentation prior to filing its Reply.  In its Reply, Progressive noted this issue and requested leave to file a supplement to its Reply so that it would have an opportunity to address the Government's production of August 2, 2018.

5. Accordingly, Plaintiff hereby respectfully moves for leave to file a supplemental reply brief, in light of the newly received information and documentation, by August 10, 2018, provided the Government is given the opportunity to reply.

Date: August 7, 2018

Respectfully submitted,

*/s/ Thomas A. Coulter*
Thomas A. Coulter
O'HAGAN MEYER, PLLC
411 E. Franklin Street, Suite 500
Richmond, VA 23219
Tel: (804) 403-7130
Fax: (804) 403-7110
E-mail: tcoulter@ohaganmeyer.com
*Counsel of Record for Progressive Financial Services, Inc.*

**PROTECTED INFORMATION TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**

*Of counsel:*

Nicole Hardin Brakstad
O'HAGAN MEYER, PLLC
411 E. Franklin Street, Suite 500
Richmond, VA 23219
Tel: (804) 403-7129
Fax: (804) 403-7110
E-mail: nbrakstad@ohaganmeyer.com

**PROTECTED INFORMATION TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**

# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2018 using the CM/ECF system, I caused to be served via electronic means the foregoing Unopposed Motion to File a Supplemental Reply Brief on all parties.

/s/ Thomas A. Coulter
Thomas A. Coulter