# In the United States Court of Federal Claims

Nos. 18-862C, 18-872C, 18-873C, 18-889C, 18-894C, 18-895C, 18-901C, 18-946C
(consolidated)

(Filed: August 8, 2018)

```
*****************************  *
                               *
FMS INVESTMENT CORP., et al.,  *
                               *
              Plaintiffs,      *
                               *
v.                             *
                               *
THE UNITED STATES,             *
                               *
              Defendant,       *
                               *
and                            *
                               *
ALLTRAN EDUCATION, INC.,       *
                               *
              Defendant-Intervenor. *
                               *
*****************************  *
```

<u>ORDER</u>

On August 7, 2018, consolidated Plaintiff Progressive Financial Services, Inc. ("Progressive") filed an unopposed motion for leave to file a Supplemental Reply Brief in light of the Government's recent document production to Progressive. For good cause shown, Progressive's motion is GRANTED. Progressive shall file its Supplemental Reply Brief on or before Friday, August 10, 2018. Further, the Government shall file its reply to Progressive's supplemental brief on or before Friday, August 17, 2018.

The Court will allow the additional documents produced by the Government to Progressive to be admitted into the Court record in this case, but not into the administrative

record.  Accordingly, Progressive's motion to supplement the administrative record (Dkt. No. 72) is DENIED.

    IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge
