# In the United States Court of Federal Claims

Nos. 18-862 C, 18-872 C, 18-873 C, 18-889 C,
18-894 C, 18-895 C, 18-901 C and 18-946 C
(consolidated)

**FMS INVESTMENT CORP., et al.**
    **Plaintiffs**

    v.                                                                              **JUDGMENT**

**THE UNITED STATES**
    **Defendant**

    and

**ALLTRAN EDUCATION, INC.**
    **Defendant-Intervenor**

    Pursuant to the court's Opinion and Order, filed September 14, 2018, granting plaintiffs' motion for judgment on the administrative record, granting plaintiffs' motion to permanently, and denying defendant's motion for judgment on the administrative record,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the United States of America, the United States Department of Education, and their officers, agents, servants, employees, and representatives are permanently enjoined from canceling Solicitation No. ED-FSA-16-R-0009.  No costs.

                                               Lisa L. Reyes
                                               Clerk of Court

**September 17, 2018**            By:    s/ Debra L. Samler

                                               Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs.  Filing fee is $505.00.