# In the United States Court of Federal Claims

|  |  |
|---|---|
| _____ )<br>_____ )<br>                     **Plaintiff(s),** )<br>**v.** )<br>**THE UNITED STATES,** )<br>                     **Defendant.** ) | **Case No.** _____<br><br>**Judge** _____ |

## NOTICE OF APPEAL

Notice is hereby given that _____ in the
(list all parties taking the appeal)

above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from

the _____ entered in this action on
(describe document being appealed; e.g. final judgment, order)

_____.
(filed date of document being appealed)

_____
(Signature of Appellant or Attorney)

_____
(Printed Name)

_____
(Street Address)

_____
(City, State, ZIP Code)

_____
(Phone Number)