NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FMS INVESTMENT CORP., ACCOUNT CONTROL TECHNOLOGY, INC., GC SERVICES LIMITED PARTNERSHIP, AUTOMATED COLLECTION SERVICES, INC., CONTINENTAL SERVICE GROUP, INC., PROGRESSIVE FINANCIAL SERVICES, INC.,**
*Plaintiffs*

**WINDHAM PROFESSIONALS, INC.,**
*Plaintiff - Appellant*

v.

**PIONEER CREDIT RECOVERY, INC.,**
*Plaintiff - Appellee*

v.

**UNITED STATES,**
*Defendant - Appellee*

**ALLTRAN EDUCATION, INC.,**
*Defendant*

---

2019-1271

———————————

Appeal from the United States Court of Federal Claims in Nos. 1:18-cv-00862-TCW, 1:18-cv-00946-TCW, 1:18-cv-00872-TCW, 1:18-cv-00873-TCW, 1:18-cv-00889-TCW, 1:18-cv-00894-TCW, 1:18-cv-00895-TCW, 1:18-cv-00901-TCW, Judge Thomas C. Wheeler.

———————————

# **O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b). Each party shall bear its own costs.

FOR THE COURT

April 5, 2019            /s/ Peter R. Marksteiner
                         Peter R. Marksteiner
                         Clerk of Court

**ISSUED AS A MANDATE:** April 5, 2019